IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BUTTE ENVIRONMENTAL COUNCIL,  )
                              )   2:08-cv-1316-GEB-CMK
                 Plaintiff,   )
                              )
     v.                       )   ORDER
                              )
UNITED STATES ARMY CORPS OF   )
ENGINEERS; and UNITED STATES  )
FISH AND WILDLIFE SERVICE,    )
                              )
                 Defendants.  )
_____)

     On June 12, 2008, Plaintiff filed an ex parte motion seeking a temporary restraining order that would suspend approvals issued by Defendants concerning a development project. But Plaintiff's motion is incomplete since Plaintiff references a memorandum of points and authorities therein that has not been filed. Further, Plaintiff fails to specify when construction activities on the development project will begin; Plaintiff's counsel only declares that construction activities will begin "soon" after June 12, 2008. (Decl. of Donald
///
///

1

1  Mooney ¶ 2.)  "[A] brief on all relevant legal issues presented by the
2  motion" is supposed to be filed.  L.R. 65-231.
3         IT IS SO ORDERED.
4  Dated:  June 13, 2008
5
6                              _____
                               GARLAND E. BURRELL, JR.
7                              United States District Judge