UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BUTTE ENVIRONMENTAL COUNCIL,       )    2:08-cv-01316-GEB-CMK
                                   )
             Plaintiff,            )    SCHEDULING ORDER
                                   )
      v.                           )
                                   )
UNITED STATES ARMY CORPS OF        )
ENGINEERS; UNITED STATES FISH AND  )
WILDLIFE SERVICE,                  )
                                   )
             Defendants.           )
_____)

        The parties' Joint Status Report ("JSR") filed August 29, 2008, indicates if Plaintiff failed to file a motion for preliminary injunction on September 8, 2008, cross-motions for summary judgment should be scheduled as proposed in the JSR. Cross-motions for summary judgment are scheduled as proposed in the JSR:

        (1)  Defendants shall file the administrative record on or before September 12, 2008;

        (2)  Plaintiff shall file motion for summary judgment on or before October 3, 2008;

        (3)  Defendants shall file cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment on or before October 24, 2008;

        (4)  Plaintiff shall file reply to opposition to motion for summary judgment and opposition to cross-motion for summary

judgment on or before November 7, 2008;

    (5)   Defendants shall file reply to opposition to cross-motion for summary judgment on or before November 21, 2008;

    (6)   proposed hearing on cross-motions for summary judgment shall be set on or before December 15, 2008.

IT IS SO ORDERED.

Dated:  September 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge